**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| In re: PRATT PLACE INN, INC. | § | Case No. 5:15-70114 |
| | § | Case No. 5:14-71224 |
| ARCHER, LLC | § | Case No. 5:15-70115 |
| SASSAFRAS HILL ENTERPRISES, INC. | § | CONSOLIDATED |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jill Jacoway, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $432,005.82 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,154,660.46 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $408,764.55 | | |

3) Total gross receipts of $2,563,425.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,563,425.01 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,366,127.91 | $2,151,530.23 | $2,151,530.23 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $602,440.54 | $485,553.50 | $371,112.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $55,133.79 | $37,652.53 | $37,652.53 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $13,091.95 | $6,435.70 | $3,130.23 | $3,130.23 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $895,112.28 | $129,997.53 | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $908,204.23 | $8,160,135.47 | $2,677,866.49 | $2,563,425.01 |

4) This case was originally filed under chapter 11 on 01/15/2015, and it was converted to chapter 7 on 01/06/2016.  The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    09/22/2017                          By: /s/ Jill  Jacoway

                                                          Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Archer - Property situated in Washington County, AR, transferred by Warranty Deed on 2/3/2009 to Archer Mortgage, LLC, a | 1110-000 | $2,186,769.61 |
| Pratt - Jewelry for sale in cabinets | 1229-000 | $770.00 |
| Archer - Bear State checking account | 1229-000 | $60.00 |
| Archer - Refund taxes paid at closing | 1229-000 | $199.28 |
| Pratt - Event Payments | 1230-000 | $7,700.00 |
| Pratt - Bank of America - 0685 | 1290-000 | $33,294.62 |
| Archer - Oak Cabin rent for 2016 | 1222-000 | $600.00 |
| Pratt - Proof of Claim filed in Archer Personal Bankruptcy (5:15-71154) | 1290-000 | $334,031.50 |
| **TOTAL GROSS RECEIPTS** | | **$2,563,425.01** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Real property Taxes (2010-2014) | 4700-000 | NA | $82,824.79 | $82,824.79 | $82,824.79 |
| | Simmnons Bank - Payoff of Note | 4110-000 | NA | $1,090,541.61 | $1,090,541.61 | $1,090,541.61 |
| | Six Bridges - SBA | 4110-000 | NA | $963,703.83 | $963,703.83 | $963,703.83 |
| 1 - Archer | Washington Co. Tax CollDavid Ruff, Collector | 4700-000 | NA | $14,460.00 | $14,460.00 | $14,460.00 |
| 2 - Archer | Simmons First National Bankc/o Central Loan Administratn | 4110-000 | NA | $1,719,676.16 | $0.00 | $0.00 |
| 2 - | Simmons First National Bankc/o Central Loan Administratn | 4110-000 | NA | $1,747,460.76 | $0.00 | $0.00 |
| 3 - Pratt | Simmons First National Bankc/o Central Loan Administratn | 4110-000 | NA | $1,747,460.76 | $0.00 | $0.00 |
| ADMN - | Six Bridges Capital Corp. | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$7,366,127.91** | **$2,151,530.23** | **$2,151,530.23** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jill Jacoway | 2100-000 | NA | $100,152.75 | $100,152.75 | $100,152.75 |
| Trustee, Expenses - Jill Jacoway | 2200-000 | NA | $2,147.49 | $2,147.49 | $2,147.49 |
| Attorney for Trustee Fees - Jill Jacoway, Attorney | 3110-000 | NA | $32,672.50 | $32,672.50 | $32,672.50 |
| Attorney for Trustee, Expenses - JACOWAY LAW FIRM, LTD. | 3120-000 | NA | $1,658.52 | $1,658.52 | $1,658.52 |
| Accountant for Trustee, Expenses - Accounting Solutions of NWA | 3320-000 | NA | $6.49 | $6.49 | $6.49 |
| Fees, United States Trustee | 2950-000 | NA | $975.00 | $975.00 | $975.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Closing Costs | 2500-000 | NA | $8,847.55 | $8,847.55 | $8,847.55 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,542.23 | $1,542.23 | $1,542.23 |
| Banking and Technology Service Fee - Union Bank | 2600-000 | NA | $204.93 | $204.93 | $204.93 |
| Chapter 7 Operating Case Expenses - United States Treasury | 2690-000 | NA | $2,884.80 | $2,884.80 | $2,884.80 |
| Chapter 7 Operating Case Expenses - AR Dept. of Workforce Services | 2690-000 | NA | $418.01 | $418.01 | $418.01 |
| Chapter 7 Operating Case Expenses - SAUGEY, DAVID COLE | 2690-000 | NA | $3,420.00 | $3,420.00 | $3,420.00 |
| Chapter 7 Operating Case Expenses - CALE, MARTY | 2690-000 | NA | $75.00 | $75.00 | $75.00 |
| Chapter 7 Operating Case Expenses - TUCKER, CHRIS | 2690-000 | NA | $165.00 | $165.00 | $165.00 |
| Chapter 7 Operating Case Expenses - FRANCIS, HENRY S. | 2690-000 | NA | $284.42 | $284.42 | $284.42 |
| Chapter 7 Operating Case Expenses - BREADS, OZARK NATURAL | 2690-000 | NA | $54.60 | $54.60 | $54.60 |
| Chapter 7 Operating Case Expenses - LUNSFORD VETERINARY SERVICES, INC. | 2690-000 | NA | $135.00 | $135.00 | $135.00 |
| Chapter 7 Operating Case Expenses - SASSAFRASS MANAGEMENT, LLC | 2690-000 | NA | $2,389.32 | $2,389.32 | $2,389.32 |
| Chapter 7 Operating Case Expenses - ADAMS, VAN | 2690-000 | NA | $1,065.00 | $1,065.00 | $1,065.00 |
| Chapter 7 Operating Case Expenses - LOPEZ, MONICA R. | 2690-000 | NA | $218.96 | $218.96 | $218.96 |
| Chapter 7 Operating Case Expenses - PULLIAM, EMILY | 2690-000 | NA | $43.44 | $43.44 | $43.44 |

| | | | | | |
|---|---|---|---|---|---|
| Chapter 7 Operating Case Expenses - HOLGUIN, MARIA C. | 2690-000 | NA | $131.99 | $131.99 | $131.99 |
| Chapter 7 Operating Case Expenses - COUNTS, DANNY | 2690-000 | NA | $733.79 | $733.79 | $733.79 |
| Chapter 7 Operating Case Expenses - PRITCHETT, NANCY L. | 2690-000 | NA | $1,580.31 | $1,580.31 | $1,580.31 |
| Chapter 7 Operating Case Expenses - WELLS, MASON A. | 2690-000 | NA | $504.66 | $504.66 | $504.66 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - ARKANSAS DEPT. OF FINANCE AND ADMIN | 2690-730 | NA | $133.35 | $133.35 | $133.35 |
| Other State or Local Taxes (post-petition) - real property taxes (2015-2016) | 2820-000 | NA | $26,391.83 | $26,391.83 | $26,391.83 |
| Other State or Local Taxes (post-petition) - ARKANSAS DEPT. OF FINANCE AND ADMIN | 2820-000 | NA | $336.99 | $336.99 | $336.99 |
| Other Chapter 7 Administrative Expenses - PIVOT LEGAL SERVICES | 2990-000 | NA | $481.09 | $481.09 | $481.09 |
| Other Chapter 7 Administrative Expenses - TRUST POINT COURT REPORTING | 2990-000 | NA | $523.50 | $523.50 | $523.50 |
| Other Chapter 7 Administrative Expenses - Specialized Real Estate Group | 2990-000 | NA | $348,460.00 | $231,572.96 | $117,131.48 |
| Attorney for Trustee Fees (Other Firm) - Bianca Rucker, Attorney | 3210-000 | NA | $11,158.50 | $11,158.50 | $11,158.50 |
| Attorney for Trustee Fees (Other Firm) - Eric Berger, Attorney | 3210-000 | NA | $41,641.50 | $41,641.50 | $41,641.50 |
| Attorney for Trustee Expenses (Other Firm)  - Rucker Law PLLC | 3220-000 | NA | $687.25 | $687.25 | $687.25 |
| Attorney for Trustee Expenses (Other Firm)  - Wright, Lindsey & Jennings, LLP | 3220-000 | NA | $108.12 | $108.12 | $108.12 |
| Accountant for Trustee Fees (Other Firm) - Jake Bushey | 3410-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| Accountant for Trustee Fees (Other Firm) - Ames CPA Firm, LLC | 3410-000 | NA | $7,206.65 | $7,206.65 | $7,206.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$602,440.54** | **$485,553.50** | **$371,112.02** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other Operating Expenses - United States Treasury | 6950-000 | NA | $191.81 | $191.81 | $191.81 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Ames CPA Firm LLC | 6410-000 | NA | $312.84 | $312.84 | $312.84 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Ames CPA Firm, LLC | 6410-000 | NA | $17,292.02 | $17,292.02 | $17,292.02 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Brophey Law FIrm | 6220-000 | NA | $19.60 | $19.60 | $19.60 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm)  - David Brophey | 6210-000 | NA | $2,355.00 | $2,355.00 | $2,355.00 |
| Prior Chapter Trustee Compensation  - Stanley V. Bond, Attorney | 6101-000 | NA | $17,481.26 | $0.00 | $0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm)  - Stanley V. Bond, Attorney | 6210-000 | NA | $17,481.26 | $17,481.26 | $17,481.26 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$55,133.79** | **$37,652.53** | **$37,652.53** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 - Pratt | Washington Co. Tax CollDavid Ruff, Collector313 | 5800-000 | NA | $6,435.70 | $3,130.23 | $3,130.23 |
| N/F | Washington Co. Tax Coll David Ruff, Collector | 5600-000 | $13,091.95 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$13,091.95** | **$6,435.70** | **$3,130.23** | **$3,130.23** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 - PRATT | Internal Revenue ServiceCenteralized Insolvency Operat | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 1 - | Internal Revenue ServiceCenteralized Insolvency Operat | 7100-000 | NA | $2,730.00 | $0.00 | $0.00 |
| 3 - Archer | Internal Revenue ServiceCenteralized Insolvency Operat | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 4 - | National Loan Acquisitions Company | 7100-000 | NA | $127,267.53 | $0.00 | $0.00 |
| N/F | Arkansas Capital Corp | 7100-000 | $891,573.84 | NA | NA | NA |
| N/F | Bud Anderson Heating & Cooling | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Mermaids Catering | 7100-000 | $659.98 | NA | NA | NA |
| N/F | Ozark Natural Breads | 7100-000 | $427.70 | NA | NA | NA |
| N/F | Przybysz & Assciates, CPAs, PC Jeff L. Butcher, CPA | 7100-000 | $430.46 | NA | NA | NA |
| N/F | Quality Glass & Mirror, Inc. | 7100-000 | $870.30 | NA | NA | NA |
| N/F | Total Electric Company, Inc. | 7100-000 | $650.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$895,112.28** | **$129,997.53** | **$0.00** | **$0.00** |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**     5:15-70114
**Case Name:**    PRATT PLACE INN, INC.

**For Period Ending:**     09/22/2017

**Trustee Name:**     (250030) Jill Jacoway
**Date Filed (f) or Converted (c):**  01/06/2016 (c)
**§ 341(a) Meeting Date:**   02/22/2016
**Claims Bar Date:**    06/14/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Pratt - Bank of America - 0685 (u) | 1,712.52 | 1,712.52 | | 33,294.62 | FA |
| 2 | Pratt - Debtor Product of Service; Furniture & Misc. Personal Property | 203,036.05 | 0.00 | | 0.00 | FA |
| 3 | Pratt - Event Payments (u) | 0.00 | 7,700.00 | | 7,700.00 | FA |
| 4 | Pratt - Jewelry for sale in cabinets (u) | 0.00 | 770.00 | | 770.00 | FA |
| 5 | VOID | VOID | VOID | VOID | VOID | VOID |
| 6 | VOID<br>Projected revenue for 2015 | VOID | VOID | VOID | VOID | VOID |
| 7 | Pratt - 6 coffee carafes, 2 wine openers, towels, rollaway bed, 2 outdoor entry rugs, 2 white IKEA tables, 4 white wooden IKEA charis, Saflok card programmer and software, HP computer<br>6 Coffee Carafes, 2 wine openers, towels, rollaway bed, 2 outdoor entry rugs, 2 white IKEA tables, 4 white wooden IKEA chairs, Saflok card programmer and software, HP Computer | 15,108.00 | 15,108.00 | | 0.00 | FA |
| 8 | Pratt - Simmons business checking #4437<br>Simmons business checking account ending in 4437 | 48.77 | 48.77 | | 0.00 | FA |
| 9 | Pratt - Business License<br>Business License | 15.00 | 15.00 | | 0.00 | FA |
| 10 | Pratt - Catering Profit Sharing - 2016 estimate<br>Catering profit sharing - 2016 Estimate | 20,000.00 | 20,000.00 | | 0.00 | FA |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 2

Case No.:   5:15-70114

Case Name:   PRATT PLACE INN, INC.

For Period Ending:   09/22/2017

Trustee Name:   (250030) Jill Jacoway

Date Filed (f) or Converted (c):   01/06/2016 (c)

§ 341(a) Meeting Date:   02/22/2016

Claims Bar Date:   06/14/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Pratt - Kohler Courage 19 HP Motor for Toro riding mower<br>Kohler Courage 19 HP Motor for Toro riding mower | 766.00 | 766.00 | | 0.00 | FA |
| 12 | Pratt - 2 telephones, HP copy machine<br>2 telephones, HP copy machine | 225.00 | 225.00 | | 0.00 | FA |
| 13 | Pratt - Guest supplies, cleaning and maintenance supplies, sheets, blankets and pillows<br>Guest supplies, cleaning and maintenance supplies, sheets, blankets, pillows. | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 14* | Pratt - Hay and Grain<br>Hay and grain (See Footnote) | 800.00 | 800.00 | | 0.00 | FA |
| 15 | Pratt - Proof of Claim filed in Archer Personal Bankruptcy (5:15-71154) (u) | 0.00 | 0.00 | | 334,031.50 | FA |
| 16 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 17 | Archer - Property situated in Washington County, AR, transferred by Warranty Deed on 2/3/2009 to Archer Mortgage, LLC, an AR Limited Libility Co., 68.4, acres m.o.l. A.K.A. 2230 W Markham Rd., Inn, barn, cottage and support structures, shed, Oak cabin, tower house | 3,750,000.00 | 1,137,613.57 | | 2,186,769.61 | FA |
| 18 | Archer - First Federal Bank - DIP account | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Archer - Simmons First Bank - RE H/E line Cns 360 Acct | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Archer - The Julian & Jance Archer Revocable Trust | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  3

Case No.:   5:15-70114

Case Name:   PRATT PLACE INN, INC.

**For Period Ending:**   09/22/2017

Trustee Name:   (250030) Jill Jacoway

Date Filed (f) or Converted (c):   01/06/2016 (c)

§ 341(a) Meeting Date:   02/22/2016

Claims Bar Date:   06/14/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | Archer - Simmons First Bank checking - #488 | 7.00 | 7.00 | | 0.00 | FA |
| 22 | Archer - ACCOUNTS RECEIVABLE (Schedule G) | 41,000.00 | 41,000.00 | | 0.00 | FA |
| 23 | Archer - Guest lists and booking lists for RE operations | 125,000.00 | 125,000.00 | | 0.00 | FA |
| 24 | Archer - Oak Cabin rent for 2016 (u) | 0.00 | 600.00 | | 600.00 | FA |
| 25 | Archer - Bear State checking account (u) | 0.00 | 60.00 | | 60.00 | FA |
| 26 | Archer - Lease Payments due from Parties | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 27 | Archer - Refund taxes paid at closing (u) | 0.00 | 199.28 | | 199.28 | FA |
| 28 | Sassafras - Real estate (titled in Archer, LLC) | Unknown | Unknown | | 0.00 | FA |
| **28** | **Assets        Totals**      (Excluding unknown values) | **$4,183,718.34** | **$1,377,625.14** | | **$2,563,425.01** | **$0.00** |

RE PROP# 14      used to feed Horses on property

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 4

**Case No.:**   5:15-70114

**Case Name:**   PRATT PLACE INN, INC.

**For Period Ending:**   09/22/2017

**Trustee Name:**   (250030) Jill Jacoway

**Date Filed (f) or Converted (c):**   01/06/2016 (c)

**§ 341(a) Meeting Date:**   02/22/2016

**Claims Bar Date:**   06/14/2016

**Major Activities Affecting Case Closing:**

Trustee operated business from March 7, 2016 to March 15, 2016 pursuant to Order (Doc. #146).

**Initial Projected Date Of Final Report (TFR):**   04/04/2017

**Current Projected Date Of Final Report (TFR):**   06/07/2017 (Actual)

09/22/2017
_____
Date

/s/Jill Jacoway
_____
Jill Jacoway

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 5:15-70114

**Case Name:** PRATT PLACE INN, INC.

**Taxpayer ID #:** **-***6953

**For Period Ending:** 09/22/2017

**Trustee Name:** Jill Jacoway (250030)

**Bank Name:** UNION BANK

**Account #:** ******6009 Checking Account (Non-Int

**Blanket Bond (per case limit):** $0.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/08/2016 | {3} | Dennis, Norman & Theresa | Dennis Wedding Deposit | 1230-000 | 500.00 | | 500.00 |
| 03/08/2016 | {3} | Charlestee Hogan | Hogan/Williams Wedding deposit | 1230-000 | 500.00 | | 1,000.00 |
| 03/08/2016 | {3} | Musset, Glenda & Tije | Musset/Whittake Wedding 6/10/16 | 1230-000 | 1,875.00 | | 2,875.00 |
| 03/08/2016 | {3} | Yieldbolt Inc. | Crawfish Boil Event 2016 | 1230-000 | 2,000.00 | | 4,875.00 |
| 03/09/2016 | {3} | University of Arkansas Foundation, Inc. | RPPIA Meeting - 5/24/16 | 1230-000 | 1,000.00 | | 5,875.00 |
| 03/10/2016 | {3} | Michael A. Phillips | 6/12/16 wedding | 1230-000 | 1,625.00 | | 7,500.00 |
| 03/16/2016 | {3} | Darrell & Kim Hamilton | Event payment | 1230-000 | 100.00 | | 7,600.00 |
| 03/16/2016 | {3} | Alex & Teresa Cornett | event | 1230-000 | 100.00 | | 7,700.00 |
| 03/16/2016 | 1001 | David Cole Saugey | secuirty | 2690-000 | | 3,000.00 | 4,700.00 |
| 03/16/2016 | 1002 | Van Adams | security | 2690-000 | | 1,065.00 | 3,635.00 |
| 03/16/2016 | 1003 | Monica R. Lopez | payroll | 2690-000 | | 218.96 | 3,416.04 |
| 03/16/2016 | 1004 | Emily Pulliam | payroll | 2690-000 | | 43.44 | 3,372.60 |

*{} Asset Reference(s)*       **UST Form 101-7-TDR ( 10 /1/2010)**                                   *! - transaction has not been cleared*

Exhibit 9
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 5:15-70114 |
| **Case Name:** | PRATT PLACE INN, INC. |
| **Taxpayer ID #:** | **-***6953 |
| **For Period Ending:** | 09/22/2017 |

| | |
|---|---|
| **Trustee Name:** | Jill Jacoway (250030) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******6009 Checking Account (Non-Int |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/16/2016 | 1005 | Maria C. Holguin | payroll | 2690-000 | | 131.99 | 3,240.61 |
| 03/16/2016 | 1006 | Danny Counts | payroll | 2690-000 | | 733.79 | 2,506.82 |
| 03/16/2016 | 1007 | Nancy L. Pritchett | payroll | 2690-000 | | 1,580.31 | 926.51 |
| 03/16/2016 | 1008 | Henry S. Francis | payroll | 2690-000 | | 256.24 | 670.27 |
| 03/16/2016 | 1009 | Mason A. Wells | payroll | 2690-000 | | 504.66 | 165.61 |
| 03/17/2016 | 1010 | Henry S. Francis | reimb of expenses - Harps | 2690-000 | | 28.18 | 137.43 |
| 03/21/2016 | {1} | Pratt Place Inn | close account | 1290-000 | 33,263.89 | | 33,401.32 |
| 03/24/2016 | 1011 | David Cole Saugey | securty | 2690-000 | | 420.00 | 32,981.32 |
| 03/24/2016 | 1012 | Marty Cale | security | 2690-000 | | 75.00 | 32,906.32 |
| 03/24/2016 | 1013 | Chris Tucker | security | 2690-000 | | 165.00 | 32,741.32 |
| 03/24/2016 | 1014 | Ozark Natural Breads | breakfast scones for tenants | 2690-000 | | 54.60 | 32,686.72 |
| 03/29/2016 | 1015 | Lunsford Veterinary Services, Inc. | vet bill for horse | 2690-000 | | 135.00 | 32,551.72 |

{} Asset Reference(s)          **UST Form 101-7-TDR ( 10 /1/2010)**                    ! - transaction has not been cleared

Exhibit 9
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 5:15-70114 |
| **Case Name:** | PRATT PLACE INN, INC. |
| **Taxpayer ID #:** | **-***6953 |
| **For Period Ending:** | 09/22/2017 |

| | |
|---|---|
| **Trustee Name:** | Jill Jacoway (250030) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******6009 Checking Account (Non-Int |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/01/2016 | {4} | Matt Ealerks | jewelry sale | 1229-000 | 770.00 | | 33,321.72 |
| 04/19/2016 | {1} | Bank of America | close account | 1290-000 | 30.73 | | 33,352.45 |
| 04/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 17.74 | 33,334.71 |
| 05/23/2016 | 1016 | Sassafrass Management, LLC | operating expenses | 2690-000 | | 2,389.32 | 30,945.39 |
| 05/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 47.75 | 30,897.64 |
| 06/15/2016 | 1017 | Pivot Legal Services | Inv. #3431 - copy Debtor's document | 2990-000 | | 481.09 | 30,416.55 |
| 06/27/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 49.39 | 30,367.16 |
| 06/29/2016 | 1018 | Trust Point Court Reporting | 24207 - Transcript of Archer 341(a) | 2990-000 | | 523.50 | 29,843.66 |
| 07/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 45.73 | 29,797.93 |
| 08/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 44.32 | 29,753.61 |
| 09/19/2016 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABO BANK | 9999-000 | | 29,753.61 | 0.00 |

*{} Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 4

| | |
|---|---|
| **Case No.:** | 5:15-70114 |
| **Case Name:** | PRATT PLACE INN, INC. |
| **Taxpayer ID #:** | **-***6953 |
| **For Period Ending:** | 09/22/2017 |

| | |
|---|---|
| **Trustee Name:** | Jill Jacoway (250030) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******6009 Checking Account (Non-Int |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 41,764.62 | 41,764.62 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 29,753.61 | |
| | | | Subtotal | | 41,764.62 | 12,011.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $41,764.62 | $12,011.01 | |

{} Asset Reference(s)        **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9
Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 5:15-70114 | | | **Trustee Name:** | Jill Jacoway (250030) | |
| **Case Name:** | PRATT PLACE INN, INC. | | | **Bank Name:** | UNION BANK | |
| **Taxpayer ID #:** | **-***6953 | | | **Account #:** | ******6017 ARCHER - Checking Account (Non-Int) | |
| **For Period Ending:** | 09/22/2017 | | | **Blanket Bond (per case limit):** | $0.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/17/2016 | | Specialized Acquisitions LLC | Real estate sale pursuant to Motion to Sell (Doc. #173) and Order Approving Sale (Doc. #191) | | 0.00 | | 0.00 |
| | {17} | Specialized | Real Estate Sale $2,186,769.61 | 1110-000 | | | 0.00 |
| | | City Title & Closing | Closing Costs -$8,847.55 | 2500-000 | | | 0.00 |
| | | WASHINGTON COUNTY TAX COLLECTOR | Real property Taxes (2010-2014) -$82,824.79 | 4700-000 | | | 0.00 |
| | | Six Bridgees - Small Business Admn | Six Bridges - SBA -$963,703.83 | 4110-000 | | | 0.00 |
| | | Simmons First National Bank | Simmnons Bank - Payoff of Note -$1,090,541.61 | 4110-000 | | | 0.00 |
| | | Washington County Tax Collector | real property taxes (2015-2016) -$26,391.83 | 2820-000 | | | 0.00 |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

Exhibit 9
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 5:15-70114 | |
| **Case Name:** | PRATT PLACE INN, INC. | |
| **Taxpayer ID #:** | **-***6953 | |
| **For Period Ending:** | 09/22/2017 | |

| | |
|---|---|
| **Trustee Name:** | Jill Jacoway (250030) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******6017 ARCHER - Checking Account (Non-Int) |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Washington Co. Tax CollDavid Ruff, Collector | real property taxes | 4700-000 | | | 0.00 |
| | | | -$14,460.00 | | | | |
| 03/25/2016 | {24} | Julian & Jane Archer | turnover of rent | 1222-000 | 600.00 | | 600.00 |
| 03/25/2016 | {25} | Bear State Bank | close account | 1229-000 | 60.00 | | 660.00 |
| 06/02/2016 | {27} | City Title & Closing | refund of taxes paid at closing | 1229-000 | 199.28 | | 859.28 |
| 09/19/2016 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABO BANK | 9999-002 | | 859.28 | 0.00 |
| | | **COLUMN TOTALS** | | | 859.28 | 859.28 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 859.28 | |
| | | **Subtotal** | | | 859.28 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $859.28 | $0.00 | |

Exhibit 9
Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 5:15-70114 | |
| **Case Name:** | PRATT PLACE INN, INC. | |
| **Taxpayer ID #:** | **-***6953 | |
| **For Period Ending:** | 09/22/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Jill Jacoway (250030) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******4766 ARCHER - Checking Account | |
| **Blanket Bond (per case limit):** | $0.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/19/2016 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 859.28 | | 859.28 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 849.28 |
| 10/18/2016 | | Jill Jacoway, Trustee for Pratt Place, Inn | Transfer funds pursuant to 10-6-16 Order to Consolidate (Doc. #201) | 9999-000 | | 849.28 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 859.28 | 859.28 | $0.00 |
| Less: Bank Transfers/CDs | 859.28 | 849.28 | |
| **Subtotal** | **0.00** | **10.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$10.00** | |

Exhibit 9
Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 5:15-70114 |
| **Case Name:** | PRATT PLACE INN, INC. |
| **Taxpayer ID #:** | **-***6953 |
| **For Period Ending:** | 09/22/2017 |

| | |
|---|---|
| **Trustee Name:** | Jill Jacoway (250030) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2566 Checking Account |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/19/2016 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 29,753.61 | | 29,753.61 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.64 | 29,737.97 |
| 10/06/2016 | 101 | ARKANSAS DEPT. OF FINANCE AND ADMIN | March 2016 withholding | 2690-730 | | 117.27 | 29,620.70 |
| 10/19/2016 | | Jill Jacoway, Trustee for Archer, LLC | Pursuant to Consolidation Order entered 10/13/16 | 9999-000 | 849.28 | | 30,469.98 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.34 | 30,428.64 |
| 11/29/2016 | 102 | United States Treasury | 940 for 2015 | 6950-000 | | 191.81 | 30,236.83 |
| 11/29/2016 | 103 | United States Treasury | 941 for 2016 - wages for operation of business from 1-1-2016/3-31-2016 | 2690-000 | | 2,884.80 | 27,352.03 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 46.56 | 27,305.47 |
| 12/08/2016 | {15} | City Title & Closing | Sale Agreement (Doc. #195); 11/9/;16 Order (Doc. #204) | 1290-000 | 334,031.50 | | 361,336.97 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 392.39 | 360,944.58 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                        *! - transaction has not been cleared*

Exhibit 9
Page: 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 5:15-70114 | |
| **Case Name:** | PRATT PLACE INN, INC. | |
| **Taxpayer ID #:** | **-***6953 | |
| **For Period Ending:** | 09/22/2017 | |

| | |
|---|---|
| **Trustee Name:** | Jill Jacoway (250030) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2566 Checking Account |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/19/2017 | 104 | ARKANSAS DEPT. OF FINANCE AND ADMIN | 2016 end of year payroll | 2820-000 | | 336.99 | 360,607.59 |
| 01/19/2017 | 105 | AR Dept. of Workforce Services | estate taxes- year end payroll reports for 2016 | 2690-000 | | 418.01 | 360,189.58 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 553.51 | 359,636.07 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 482.79 | 359,153.28 |
| 03/07/2017 | 106 | Bianca Rucker, Attorney | 3/7/17 Order re fees | 3210-000 | | 11,158.50 | 347,994.78 |
| 03/07/2017 | 107 | Rucker Law PLLC | 3/7/17 Order (Doc. #232 | 3220-000 | | 687.25 | 347,307.53 |
| 03/07/2017 | 108 | Eric Berger, Attorney | 3/7/17 Order re fees (Doc. #231) Voided on 03/09/2017 | 3210-004 | | 41,461.50 | 305,846.03 |
| 03/07/2017 | 109 | Wright, Lindsey & Jennings, LLP | 3/7/17 Order re fees | 3220-000 | | 108.12 | 305,737.91 |
| 03/07/2017 | 110 | Jake Bushey | 3/7/17 Order (Doc. #233) | 3410-000 | | 3,000.00 | 302,737.91 |
| 03/07/2017 | 111 | Accounting Solutions of NWA | 3/7/17 Order (Doc. #233) | 3320-000 | | 6.49 | 302,731.42 |
| 03/07/2017 | 112 | Jill Jacoway, Attorney | 3/7/17 Order re fees (Doc. #234 | 3110-000 | | 32,672.50 | 270,058.92 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                                      *! - transaction has not been cleared*

Exhibit 9
Page: 10

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 5:15-70114 | |
| **Case Name:** | PRATT PLACE INN, INC. | |
| **Taxpayer ID #:** | **-***6953 | |
| **For Period Ending:** | 09/22/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Jill Jacoway (250030) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******2566 Checking Account | |
| **Blanket Bond (per case limit):** | $0.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/07/2017 | 113 | JACOWAY LAW FIRM, LTD. | 3/7/17 Order re Fees (Doc. #234) | 3120-000 | | 1,658.52 | 268,400.40 |
| 03/09/2017 | 108 | Eric Berger, Attorney | 3/7/17 Order re fees (Doc. #231) Voided: check issued on 03/07/2017 | 3210-004 | | -41,461.50 | 309,861.90 |
| 03/09/2017 | 114 | Eric Berger, Attorney | 3/7/17 Order re Fees (Doc. #231) | 3210-000 | | 41,641.50 | 268,220.40 |
| 03/09/2017 | 115 | Ames CPA Firm, LLC | 3/8/17 Order re Fees (Doc. #236 (Archer LLC charges) | 3410-000 | | 1,694.15 | 266,526.25 |
| 03/09/2017 | 116 | Ames CPA Firm, LLC | 3/8/17 Order re Fees (Doc. #236) (Pratt Place charges) | 3410-000 | | 5,512.50 | 261,013.75 |
| 04/27/2017 | 117 | ARKANSAS DEPT. OF FINANCE AND ADMIN | Account 12008144-WHW | 2690-730 | | 16.08 | 260,997.67 |
| 07/10/2017 | 118 | Jill Jacoway | Distribution payment - Dividend paid at 100.00% of $100,152.75; Claim # FEE; Filed: $100,152.75 | 2100-000 | | 100,152.75 | 160,844.92 |
| 07/10/2017 | 119 | Jill Jacoway | Distribution payment - Dividend paid at 100.00% of $2,147.49; Claim # TE; Filed: $2,147.49 | 2200-000 | | 2,147.49 | 158,697.43 |

Exhibit 9
Page: 11

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 5:15-70114 | |
| **Case Name:** | PRATT PLACE INN, INC. | |
| **Taxpayer ID #:** | **-***6953 | |
| **For Period Ending:** | 09/22/2017 | |

| | |
|---|---|
| **Trustee Name:** | Jill Jacoway (250030) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2566 Checking Account |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/10/2017 | 120 | Office of the U.S. Trustee | Distribution payment - Dividend paid at 100.00% of $325.00; Claim # 3 - Sassafras; Filed: $325.00 | 2950-000 | | 325.00 | 158,372.43 |
| 07/10/2017 | 121 | Office of the U.S. Trustee | Distribution payment - Dividend paid at 100.00% of $325.00; Claim # 4 - Archer LLC; Filed: $325.00 | 2950-000 | | 325.00 | 158,047.43 |
| 07/10/2017 | 122 | Office of the U.S. Trustee | Distribution payment - Dividend paid at 100.00% of $325.00; Claim # 4 - Pratt; Filed: $325.00 | 2950-000 | | 325.00 | 157,722.43 |
| 07/10/2017 | 123 | Specialized Real Estate Group | Distribution payment - Dividend paid at 100.00% of $114,041.48; Claim # ADMN7; Filed: $174,230.00 | 2990-000 | | 114,041.48 | 43,680.95 |
| 07/10/2017 | 124 | Ames CPA Firm, LLC | Distribution payment - Dividend paid at 100.00% of $6,447.50; Claim # ADMNCH11; Filed: $6,447.50 | 6410-000 | | 6,447.50 | 37,233.45 |
| 07/10/2017 | 125 | Ames CPA Firm, LLC | Distribution payment - Dividend paid at 100.00% of $10,844.52; Claim # ADMNCH11; Filed: $10,844.52 | 6410-000 | | 10,844.52 | 26,388.93 |

Exhibit 9
Page: 12

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 5:15-70114 | |
| **Case Name:** | PRATT PLACE INN, INC. | |
| **Taxpayer ID #:** | **-***6953 | |
| **For Period Ending:** | 09/22/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Jill Jacoway (250030) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******2566 Checking Account | |
| **Blanket Bond (per case limit):** | $0.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/10/2017 | 126 | Ames CPA Firm LLC | Distribution payment - Dividend paid at 100.00% of $312.84; Claim # ADMNCH11; Filed: $312.84 | 6410-000 | | 312.84 | 26,076.09 |
| 07/10/2017 | 127 | Stanley V. Bond, Attorney | Distribution payment - Dividend paid at 100.00% of $17,841.26; Claim # ADMNCH11; Filed: $17,841.26 Voided on 07/11/2017 | 6210-004 | | 17,841.26 | 8,234.83 |
| 07/10/2017 | 128 | David Brophey | Distribution payment - Dividend paid at 100.00% of $2,355.00; Claim # ADMNCH11; Filed: $2,355.00 | 6210-000 | | 2,355.00 | 5,879.83 |
| 07/10/2017 | 129 | Brophey Law FIrm | Distribution payment - Dividend paid at 100.00% of $19.60; Claim # ADMNCH11; Filed: $19.60 | 6220-000 | | 19.60 | 5,860.23 |
| 07/10/2017 | 130 | Washington Co. Tax CollDavid Ruff, Collector313 | Distribution payment - Dividend paid at 100.00% of $3,130.23; Claim # 2 - Pratt; Filed: $6,435.70 | 5800-000 | | 3,130.23 | 2,730.00 |
| 07/10/2017 | 131 | Internal Revenue ServiceCenteralized Insolvency Operat | Distribution payment - Dividend paid at 100.00% of $2,730.00; Claim # 1 - Sassafrass; Filed: $2,730.00 Voided on 08/09/2017 | 7100-004 | | 2,730.00 | 0.00 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 13

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 5:15-70114 | |
| **Case Name:** | PRATT PLACE INN, INC. | |
| **Taxpayer ID #:** | **-***6953 | |
| **For Period Ending:** | 09/22/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Jill Jacoway (250030) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******2566 Checking Account | |
| **Blanket Bond (per case limit):** | $0.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/11/2017 | 127 | Stanley V. Bond, Attorney | Distribution payment - Dividend paid at 100.00% of $17,841.26; Claim # ADMNCH11; Filed: $17,841.26 Voided: check issued on 07/10/2017 | 6210-004 | | -17,841.26 | 17,841.26 |
| 07/12/2017 | 132 | Stanley V. Bond, Attorney | Distribution payment - Dividend paid at 100.00% of $17,481.26; Claim # ADMNCH11; Filed: $17,481.26 | 6210-000 | | 17,481.26 | 360.00 |
| 07/12/2017 | 133 | Specialized Real Estate Group | Distribution payment - Dividend paid at 100.00% of $114,401.48; Claim # ADMN7; Filed: $174,230.00 | 2990-000 | | 360.00 | 0.00 |
| 08/09/2017 | 131 | Internal Revenue ServiceCenteralized Insolvency Operat | Distribution payment - Dividend paid at 100.00% of $2,730.00; Claim # 1 - Sassafrass; Filed: $2,730.00 Voided: check issued on 07/10/2017 | 7100-004 | | -2,730.00 | 2,730.00 |
| 08/09/2017 | 134 | Specialized Real Estate Group | See Order entered 11/9/16 - Doc. #204 (To be paid at the same level as Chapter 11 administrative claimants) | 2990-000 | | 2,730.00 | 0.00 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 14

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 5:15-70114 | |
| **Case Name:** | PRATT PLACE INN, INC. | |
| **Taxpayer ID #:** | **-***6953 | |
| **For Period Ending:** | 09/22/2017 | |

| | |
|---|---|
| **Trustee Name:** | Jill Jacoway (250030) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2566 Checking Account |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | **364,634.39** | **364,634.39** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 30,602.89 | 0.00 | |
| | | **Subtotal** | | | **334,031.50** | **364,634.39** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$334,031.50** | **$364,634.39** | |

Exhibit 9
Page:  15

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 5:15-70114 | **Trustee Name:** | Jill Jacoway (250030) |
| **Case Name:** | PRATT PLACE INN, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6953 | **Account #:** | ******2566 Checking Account |
| **For Period Ending:** | 09/22/2017 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6009 Checking Account (Non-Int | $41,764.62 | $12,011.01 | $0.00 |
| ******6017 ARCHER - Checking Account (Non-Int) | $859.28 | $0.00 | $0.00 |
| ******4766 ARCHER - Checking Account | $0.00 | $10.00 | $0.00 |
| ******2566 Checking Account | $334,031.50 | $364,634.39 | $0.00 |
| | **$376,655.40** | **$376,655.40** | **$0.00** |

**09/22/2017**

**/s/Jill Jacoway**

**UST Form 101-7-TDR (10 /1/2010)**

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page:   16

| | | | |
|---|---|---|---|
| **Case No.:** | 5:15-70114 | **Trustee Name:** | Jill Jacoway (250030) |
| **Case Name:** | PRATT PLACE INN, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6953 | **Account #:** | ******2566 Checking Account |
| **For Period Ending:** | 09/22/2017 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

**Date**                                                         **Jill Jacoway**

**UST Form 101-7-TDR (10 /1/2010)**